NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: LINDA ANNE SNYDER, MARGARET K. YU,**
*Appellants*

---

2023-1763

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/950,707.

---

**JUDGMENT**

---

JOSEPH LUCCI, Baker & Hostetler LLP, Philadelphia, PA, argued for appellants. Also represented by LAURA GORDON, STEPHANIE M. HATZIKYRIAKOU.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by AMY J. NELSON, MAUREEN DONOVAN QUELER, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 11, 2024
Date

Jarrett B. Perlow
Clerk of Court